NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
_____

No. 09-3242
_____

COASTAL OUTDOOR ADVERTISING GROUP, LLC,
Appellant

v.

TOWNSHIP OF EAST HANOVER, NEW JERSEY


On Appeal from the United States District Court
for the District of New Jersey
No. 2-07-cv-04330
District Judge: Honorable Katharine S. Hayden

Submitted Pursuant to
Third Circuit LAR 34.1(a)
September 20, 2010

Before: McKee, *Chief Judge*, Ambro and Chagares, *Circuit Judges.*


**<u>ORDER AMENDING OPINION</u>**


**IT IS HEREBY ORDERED**, that the slip opinion filed in this case on October

14, 2010, be amended as follows:

On pages 1-2, the sentence, "We are asked to review the district

court's grant of summary judgment in favor of Coastal Outdoor Advertising

Group in its action against East Hanover Township," should be changed to

read as follows: "We are asked to review the district court's grant of

summary judgment in favor of the Township of East Hanover in an action

brought by Coastal Outdoor Advertising Group, L.L.C."

**IT IS SO ORDERED.**

BY THE COURT,

/s/ Theodore M. McKee
Chief Judge

DATED:  November 16, 2010